ORDERED.

Dated: December 02, 2020

_____
Roberta A. Colton
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

Jeffry Lee Martin and
Stacy Raske Martin,

_____Debtors_____/

Case No. 8:20-bk-07408-RCT
Chapter 7

**ORDER APPROVING CHAPTER 7 TRUSTEE'S APPLICATION TO
RETAIN BK GLOBAL REAL ESTATE SERVICES AND LISTING AGENT TO
PROCURE CONSENTED PUBLIC SALE PURSUANT TO 11 U.S.C. § 327, 328 AND 330**

THIS CASE came on for consideration on the *Chapter 7 Trustee's Application to Retain BK Global Real Estate Services and Listing Agent to Procure Consented Public Sale Pursuant to 11 U.S.C. § 327, 328 and 330* (Doc. 21) (the "Application") filed by Richard M. Dauval (the "Trustee"). The Court having reviewed the Application, the affidavit of disinterestedness (the "Affidavit") and being otherwise duly advised in the premises, finds it is appropriate to approve the Application. Accordingly, it is

**ORDERED**:

1. The Application is APPROVED.

2. Defined terms not otherwise defined herein have the meanings given to them in the Application and the Affidavit.

3. The Trustee may retain BKRES and Listing Agent to procure Secured Creditor's Consent, and otherwise market and sell the Property, in accordance with the terms and conditions set forth in the BKRES Agreement, the Listing Agreement, and this Order. BKRES and Listing Agent shall not split or otherwise share their fees with any other person or entity.

4. BKRES and Listing Agent's compensation will be determined later in accordance with 11 U.S.C. § 330.

5. No payment may be made to BKRES and Listing Agent absent submission of an application for compensation and court approval thereof.

6. This Court shall retain jurisdiction to hear and determine any matters arising from or related to the implementation of this Order.

Trustee Richard M. Dauval, Esq. is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within 3 days of entry of the order.