## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Case No.: 20-07408 |
| Jeffry Lee Martin<br>Stacy Raske Martin | Chapter 7 |
| | Judge Roberta A. Colton |
| Debtor(s). | |

### RESPONSE TO MOTION TO SELL (DOCKET # 32)

Now comes PNC Bank, National Association ("Creditor") by and through its attorneys, Manley Deas Kochalski LLC, and responds to the Motion to Sell filed by Jeffry Lee Martin and Stacy Raske Martin (collectively, "Debtor") on April 6, 2021 at Docket # 32. Creditor does not oppose the Motion so long as Creditor's lien is paid in full and that any short sale will be contingent on written approval from Creditor. Creditor requests that Debtor's counsel request a payoff quote from Creditor to ensure the lien is paid in full prior to closing. Creditor anticipates this response can be resolved with an agreed order.

WHEREFORE, Creditor respectfully requests that the Court grant Movant with the relief this Court deems just and proper.

Respectfully submitted,

/s/ Adam B. Hall

Adam B. Hall (1019218)
Cynthia David (91387)
Michael E. Carleton (1007924)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Adam B. Hall.
Contact email is amps@manleydeas.com

20-019096_JMB3

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Response to Motion to Sell was served **electronically** through the court's ECF System at the email address registered with the court:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Richard Michael Dauval, rdauval@leavenlaw.com

Gina A Rosato, Attorney for Jeffry Lee Martin and Stacy Raske Martin, Gina@LawGina.com

and on the below listed parties by regular U.S. mail, postage prepaid on April  27 , 2021:

Jeffry Lee Martin and Stacy Raske Martin, 11505 Victory Bay Lane, Gibsonton, FL  33534

Jeffry Lee Martin and Stacy Raske Martin, 345 Mustard Ln aka 37 Mustard Lane, Lake Lynn, PA  15451

/s/ Adam B. Hall

20-019096_JMB3